THE STATE EX REL. PIOTROWSKI, APPELLANT, v. INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Piotrowski v. Indus. Comm.* (2000), 88 Ohio St.3d 556.]

(No. 98-2519—Submitted April 26, 2000—Decided May 31, 2000.)

*Ticktin, Baron, Koepper & Co., L.P.A.,* and *Harold Ticktin,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee Industrial Commission.

*Rademaker, Matty, McClelland & Greve* and *Kirk R. Henrikson,* for appellee Kennecott Corporation.

----

*Per Curiam.* Mandamus cannot issue when there is a plain and adequate remedy in the ordinary course of law. *State ex rel. Berger v. McMonagle* (1983), 6 Ohio St.3d 28, 6 OBR 50, 451 N.E.2d 225. In this case, claimant had numerous opportunities to appeal orders denying her a change of election. Instead, she responded by repeatedly refiling the same motion, which only complicated further an already convoluted administrative path.

Accordingly, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.